No. 295. SLAVITT *v.* MEADER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charlotte Slavitt,* petitioner, *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *John G. Laughlin, Jr.* for respondents. ▰

No. 135. BRUNDAGE ET UX. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Albert L. Hopkins* and *Samuel H. Horne* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Helen A. Buckley* for the United States.

No. 310. PUGET SOUND PULP & TIMBER Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *George H. Koster* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Meyer Rothwacks* and *Harry Marselli* for respondent. ▰

No. 314. PORTSMOUTH BASEBALL CORP. *v.* FRICK, COMMISSIONER OF BASEBALL, ET AL. C. A. 2d Cir. Certiorari denied. *Ambrose V. McCall* and *James P. McGranery* for petitioner. *Louis F. Carroll, Mark F. Hughes, Raymond T. Jackson* and *Warren Daane* for respondents. ▰

No. 118. CHARLES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Joseph S. Hertogs, Walter H. Duane* and *Arthur J. Phelan* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Eugene L. Grimm* for the United States. ▰